Matter of McAndrew (2023 NY Slip Op 05578)

Matter of McAndrew

2023 NY Slip Op 05578

Decided on November 2, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 2, 2023

PM-254-23
[*1]In the Matter of Christa Parker McAndrew, an Attorney. (Attorney Registration No. 3047339.)

Calendar Date:October 30, 2023

Before:Garry, P.J., Clark, Aarons, Reynolds Fitzgerald and Fisher, JJ.

Christa Parker McAndrew, Cincinnati, Ohio, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Christa Parker McAndrew was admitted to practice by this Court in 2000 and lists a business address in Cincinnati, Ohio with the Office of Court Administration. McAndrew now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose McAndrew's application.
Upon reading McAndrew's affidavit sworn to September 11, 2023 and filed September 12, 2023, and upon reading the October 18, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that McAndrew is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Aarons, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that Christa Parker McAndrew's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Christa Parker McAndrew's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Christa Parker McAndrew is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and McAndrew is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Christa Parker McAndrew shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.